UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES FALLIS

    Plaintiff(s),

v.

FORD MOTOR COMPANY

    Defendant(s).

Case No: ~~1:21-cv-5617~~ 4:21-cv-5617-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, John Randolph Bibb, Jr., an active member in good standing of the bar of State of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Ford Motor Company in the above-entitled action. My local co-counsel in this case is Samantha K.N. Burnett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lewis Thomason, P.C., 424 Church St., Suite 2500, Nashville, Tennessee 37219 | Shook, Hardy & Bacon, L.L.P., 555 Mission St., Suite 2300, San Francisco, California 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (615) 259-1366 | (415) 544-1900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rbibb@lewisthomason.com | sburnett@shb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 009350.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/08/21

John Randolph Bibb, Jr.
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John Randolph Bibb, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/8/2021

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

# Supreme Court of Tennessee
# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## John Randolph Bibb, Jr

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on October 3, 1981, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 7th day of September, 2021.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Lisa Miller, D.C.