1  AMIR NASSIHI (SBN 235936)
   anassihi@shb.com
2  SAMANTHA K.N. BURNETT (SBN 320262)
   sburnett@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street Suite 2300
4  San Francisco, California 94105
   TEL: (415) 544-1900 | FAX: (415) 391-0281
5
   JOHN RANDOLPH BIBB, JR. (Pro Hac Vice)
6  rbibb@lewisthomason.com
   LEWIS THOMASON, P.C.
7  424 Church Street, Suite 2500
   Nashville, TN 37219
8  TEL: (615) 259-1366 | FAX: (615) 259-1389

9  Attorneys for Defendant
   FORD MOTOR COMPANY
10

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| JAMES FALLIS, | Case No. 4:21-cv-5617-HSG |
| Plaintiff, | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | Complaint Filed:  7/22/2021<br>FAC Filed:  10/28/2021 |

21    Pursuant to Civil Local Rules 6-1(b) and 6-2, and this Court's directive [Dkt. 25], Plaintiff
22  and Defendant Ford Motor Company, by and through their respective counsel of record, hereby
23  stipulate and agree to a briefing schedule for Ford to file a motion to dismiss Plaintiff's First
24  Amended Complaint. The Parties have conferred and agree as follows:
25    1.   Ford shall file its response and/or motion to dismiss Plaintiff's First Amended
26  Complaint by December 20, 2021; Plaintiff shall respond by January 20, 2022; Ford shall reply by
27  February 3, 2022;
28

2. The hearing on Ford's motion to dismiss and a further Case Management Conference is set for February 24, 2022 at 2:00 p.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Ford, through their respective counsel of record, and subject to Court approval, that the following schedule shall apply:

| Deadline | Event |
| --- | --- |
| 12/20/2021 | Deadline for Ford to file its motion to dismiss the amended complaint. |
| 1/20/2022 | Deadline for Plaintiff to file any opposition to Ford's motion to dismiss. |
| 2/03/2022 | Deadline for Ford to file any reply in support of its motion to dismiss. |
| 2/24/2022, 2:00 p.m. | Hearing on Ford's motion to dismiss and further Case Management Conference. |

**IT IS SO STIPULATED.**

Dated: November 5, 2021                Respectfully Submitted

                                       SHOOK, HARDY & BACON L.L.P.


                                       By: /s/ *Samantha Burnett*

                                           AMIR NASSIHI
                                           SAMANTHA K.N. BURNETT

                                           Attorneys for Defendant
                                           FORD MOTOR COMPANY


Dated: November 5, 2021                LAW OFFICES OF EUGENE B. CHITTOCK


                                       By: /s/ *Eugene B. Chittock*

                                           EUGENE B. CHITTOCK

                                           Attorney for Plaintiff
                                           JAMES FALLIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/5/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.