UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FALLIS<br><br>Plaintiff(s)<br>v.<br>FORD MOTOR COMPANY<br><br>Defendant(s) | CASE No C 4:21-cv-05617-HSG<br><br>STIPULATION AND<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   Mediation, provider to be determined pursuant to further conferral of the parties.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: November 18, 2022

Date: March 3, 2022        /s/ Eugene B. Chittock
                               Attorney for Plaintiff
                           James Fallis

Date: March 3, 2022        /s/ Samantha K.N. Burnett
                               Attorney for Defendant
                           Ford Motor Company

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 3/9/2022

U.S. DISTRICT JUDGE
Haywood S. Gilliam, Jr.

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

