1  AMIR NASSIHI (SBN 235936)
   anassihi@shb.com
2  SAMANTHA K.N. BURNETT (SBN 320262)
   sburnett@shb.com
3  **SHOOK, HARDY & BACON L.L.P.**
   555 Mission Street, Suite 2300
4  San Francisco, CA 94105
   TEL: (415) 544-1900 | FAX: (415) 391-0281
5
   JOHN RANDOLPH BIBB, JR. (Pro Hac Vice)
6  rbibb@lewisthomason.com
   LEWIS THOMASON, P.C.
7  424 Church Street, Suite 2500
   Nashville, TN 37219
8  Tel: (615) 259-1366 | Fax: (615) 259-1389

9  Attorneys for Defendant
   FORD MOTOR COMPANY
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  JAMES FALLIS, | Case No. 4:21-cv-5617-HSG |
| 15            Plaintiff, | **PARTIES' JOINT STATEMENT AND ORDER TO CONTINUE MEDIATION AND PRE-TRIAL DISCOVERY DEADLINES (as modified)** |
| 16       vs. | |
| 17  FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 to 10, inclusive, | |
| 18            Defendants. | Complaint Filed: July 22, 2021 Trial Date: July 24, 2023 |
| 19 | |

20

21       Plaintiff James Fallis and Defendant Ford Motor Company jointly submit the following

22  statement and proposed order seeking to extend the mediation deadline and pre-trial discovery

23  deadlines as currently set forth in the Court's Orders dated March 9, 2022 re Stipulation and Order

24  Selecting ADR Process (Docket No.39) and re Scheduling Order (Docket No. 40).

25       On March 9, 2022, the Court set the following dates to govern the completion of mediation,

26  pre-trial discovery and other related deadlines, as well as the trial date, for this case as follows:

27

28

| Event | Current Deadline |
|---|---|
| Deadline to complete private Mediation: | November 18, 2022 |
| Close of Fact Discovery: | December 2, 2022 |
| Exchange of Expert Witness Disclosures: | December 2, 2022 |
| Exchange of Rebuttal Expert Reports: | December 22, 2022 |
| Close of Expert Discovery: | February 2, 2022 |
| Dispositive Motion Hearing Deadline: | March 30, 2023, at 2:00 pm |
| Final pre-trial conference: | July 11, 2023, at 3:00 pm |
| Trial (10 days): | July 24, 2023, at 8:30 am |

The parties have recently completed a vehicle inspection and exchanged initial written discovery. The parties have also been in frequent communication regarding further inspections, discovery, and selection of a mediator. A scene inspection is currently scheduled for November 16, 2022, which the parties and their experts will attend. The parties have also scheduled Plaintiff's deposition for December 9, 2022.

Notwithstanding, due to scheduling difficulties and other factors, including that the subject vehicle, incident scene, and witnesses are located in a remote part of northern California, there is a significant amount of discovery that is yet to take place such that it will be difficult to complete the same prior to December 2, 2022.

The parties have met and conferred and agree that a continuance of pre-trial discovery deadlines is necessary in light the discovery to still be completed - including a scene inspection, additional document production and review, party depositions, and third party witness depositions.

The parties further propose a brief continuation of the deadline by which to complete mediation to December 16, 2022, as their selected mediator is available for mediation on December 13, 2022.

This is the first request for continuance submitted by the parties in this case.

Based on the foregoing, the parties respectfully request that the current Mediation deadline and Scheduling Order be modified as follows:

| Event | Proposed Deadline |
|---|---|
| Deadline to complete private mediation: | November 18, 2022 to December 16, 2023 |
| Close of Fact Discovery: | December 2, 2022 to January 13, 2023 |
| Exchange of Expert Witness Disclosures: | December 2, 2022 to January 13, 2023 |
| Exchange of Rebuttal Expert Reports: | December 22, 2022 to January 20, 2023 |
| Close of Expert Discovery: | February 2, 2022 to February 10, 2022 |
| Dispositive Motion Hearing Deadline: | March 30, 2023, at 2:00 pm (unchanged) |
| Final pre-trial conference: | July 11, 2023, at 3:00 pm (unchanged) |
| Trial (10 days): | July 24, 2023, at 8:30 am. (unchanged) |

IT IS SO STIPULATED.

Dated:  October 18, 2022            Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   */s/ Samantha Burnett*
        Amir Nassihi
        Samantha K.N. Burnett

Dated:  October 18, 2022            LAW OFFICES OF EUGENE B. CHITTOCK

By:  */s/ Eugene B. Chittock*
        Eugene B. Chittock

        Attorneys for Plaintiff
        JAMES FALLIS

## **ORDER**

Based on the stipulation of the parties and good cause appearing, the Mediation, Pre-Trial and Trial dates shall be modified as follows:

| Event | Deadline |
| --- | --- |
| Deadline to complete private Mediation: | December 16, 2023 |
| Close of Fact Discovery: | January 13, 2023 |
| Exchange of Expert Witness Disclosures: | January 13, 2023 |
| Exchange of Rebuttal Expert Reports: | January 20, 2023 |
| Close of Expert Discovery: | February 10, 202**3** |
| Dispositive Motion Hearing Deadline: | March 30, 2023, at 2:00 pm |
| Final pre-trial conference: | July 11, 2023, at 3:00 pm |
| Trial (10 days): | July 24, 2023, at 8:30 am. |

**IT IS SO ORDERED.**

Dated: October 18, 2022

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE